IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> HAMISH BROWNIE, PRAVEEN KUMAR, and DAVID IAN MACGREGOR FRASER, <br><br> Defendants. | Civil Action No. 3:15-cv-70 |

## ORDER

THIS MATTER is before the Court upon the Consent Motion for Extension of Time filed by the Receiver (Doc. No. 8). For good cause and in recognition of Defendant's consent to the extension, the Court will grant the Receiver's motion.

IT IS, THEREFORE, ORDERED that the Motion for Extension of Time is hereby GRANTED, and the new deadline for the Receiver's response to Defendant Fraser's Motion to Dismiss shall be June 5, 2015.

Signed: May 22, 2015

Graham C. Mullen
United States District Judge