# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> HAMISH BROWNIE, PRAVEEN KUMAR, and DAVID IAN MACGREGOR FRASER, <br><br> Defendants. | Civil Action No. 3:15-cv-70 |

## **ORDER**

THIS MATTER is before the Court upon the Receiver's Motion for Extension of Time to Serve Defendant (Doc. No. 11). The Court is satisfied that the Receiver has made sufficient efforts thus far warranting an additional specified time pursuant to Rule 4(m) within which to serve Mr. Brownie. The Court in its discretion will grant the Receiver an additional 45 days, until July 26, 2015, to serve Defendant Brownie.

IT IS, THEREFORE, ORDERED that the Receiver shall be allowed up to and through July 26, 2015 to serve Mr. Brownie with the Summons and Complaint in this matter.

Signed: June 12, 2015

Graham C. Mullen
United States District Judge