# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> HAMISH BROWNIE, PRAVEEN KUMAR, and DAVID IAN MACGREGOR FRASER, <br><br> Defendants. | Civil Action No. 3:15-cv-70 |

## ORDER

THIS MATTER is before the Court upon the Receiver's Motion for Extension of Time to Serve Defendant. This lawsuit is a sub-case of *Securities and Exchange Commission v. Rex Venture Group, LLC d/b/a ZeekRewards.com and Paul Burks*, No. 3:12cv519 (W.D.N.C. 2012), where the Receiver is acting pursuant to the Court's appointment to recover funds for the victims of the ZeekRewards scheme. Because the Receiver is appointed by the Court in an action filed by the SEC, the Court in its equitable discretion finds that the U.S. Marshal Service may assist with service of process on behalf of the Receiver.

The Court is satisfied that the Receiver has made sufficient efforts thus far warranting an additional specified time pursuant to Rule 4(m) within which to serve Mr. Brownie. The Court in its discretion will grant the Receiver's motion and direct the reissuance of the summons, allowing the Receiver 120 additional days within which to serve Defendant Brownie.

IT IS, THEREFORE, ORDERED that the Clerk of Court shall reissue the summons for Defendant Hamish Brownie, and the Receiver shall be allowed up to and including 120 days from the date of this Order to serve Mr. Brownie with the Summons and Complaint in this matter.

Signed: July 22, 2015

Graham C. Mullen
United States District Judge