IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>HAMISH BROWNIE, PRAVEEN KUMAR, and DAVID IAN MACGREGOR FRASER,<br><br>Defendants. | Civil Action No. 3:15-cv-70 |

## ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE

After considering Receiver's Motion for Substituted Service on Hamish Brownie ("Defendant"), the Court hereby

ORDERS that Receiver's Motion for Substituted Service is GRANTED. The Court orders service on Defendant by publication in The Palm Beach Post, a newspaper of general circulation in West Palm Beach, Florida, once during each week for four (4) consecutive weeks, followed by mailing copies of the Summons, Complaint, and Case Opening Packet to Brownie at his last known address by first class mail.

Signed: November 16, 2015

Graham C. Mullen
United States District Judge